IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03339-LTB

ROBIN E. DILGER,

    Plaintiff,

v.

MINNEQUEA COMMUNITY CORRECTIONS,
DOUG NASLUND, President,
CARLOS PINO, Parole Officer DOC Liaison, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 21, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 21 day of March, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ S. Grimm
                        Deputy Clerk